# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| DALTON D. JONES, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GATBEL CHAMJOCK et al., <br><br> Defendants. | No. 18-CV-2020-LRR <br><br> **ORDER** |

The matter before the court is Plaintiff Dalton D. Jones, Jr.'s pro se "Motion to [A]mend [C]omplaint" ("Motion") (docket no. 13), which he filed on May 24, 2018. In the Motion, Plaintiff seeks leave of the court to file a second amended complaint. *See* Motion at 1-2. Plaintiff failed to attach to the Motion the proposed second amended complaint as required by Local Rule 15. *See* LR 15 ("A party moving to amend or supplement a pleading pursuant to Federal Rule of Civil Procedure 15(a)(2) or (d) must . . . file under the same docket entry the proposed amended or supplemented pleading."). Additionally, the Motion requests non-dispositive relief, but contains no statement as to whether the opposing party resists the Motion. *See* LR 7(k) ("All non-dispositive motions must contain a representation that counsel for the moving party personally has conferred in good faith with counsel for all other parties . . . concerning the motion, and a statement of whether or not the other parties consent to the motion."). While the court is cognizant that Plaintiff is appearing pro se, even pro se plaintiffs must comply with the Federal Rules of Civil Procedure and the court's Local Rules. *See, e.g.*, *Meehan v. United Consumers Club Franchising Corp.*, 312 F.3d 909, 914 (8th Cir. 2002) ("All civil litigants are required to follow applicable procedural rules."). In light of the foregoing, the Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED** this 8th day of June, 2018.

							LINDA R. READE, JUDGE
							UNITED STATES DISTRICT COURT
							NORTHERN DISTRICT OF IOWA